UNITED STATES DISTRICT COURT  
FOR THE  
**EASTERN DISTRICT OF NORTH CAROLINA**  
**EASTERN DIVISION**

UNITED STATES OF AMERICA

        v.        Crim. No. 4:07-CR-52-1BR

ROBERTO SANABRIA

    On February 2, 2009, the above named was placed on probation for a period of 36 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Respectfully submitted,

/s/ Robert L. Thornton  
Robert L. Thornton  
Supervising U.S. Probation Officer

**ORDER OF COURT**

    Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this \_\_21\_\_ day of \_\_January\_\_, 2011.

W. Earl Britt  
Senior U.S. District Judge